## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | 8:11CR55 |
|    vs. ) | |
| ) | ORDER |
| JERAMY L. LAFLIN, ) | |
|         Defendant. ) | |

      Defendant Jeramy L. Laflin appeared before the court on Monday, April 14, 2014 for a hearing as to the Petition for Warrant for Offender Under Supervision [31]. The defendant was represented by Assistant Federal Public Defender, Karen Shanahan and the United States was represented by Assistant U.S. Attorney Michael Norris. Defendant waived his right to a preliminary examination. The government moved for detention. Detention hearing was held on Monday, April 14, 2014. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

      **IT IS ORDERED**:

      1.    A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 16, 2014 at 10:00 a.m.** Defendant must be present in person.

      2.    The defendant is to be released on current conditions of supervision.

      DATED this 14th day of April, 2014.

                                          BY THE COURT:

                                          s/ F. A. Gossett
                                          United States Magistrate Judge