IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:11CR55 |
| Plaintiff, | |
| | **O R D E R** |
| v. | |
| JERAMY LAFLIN, | |
| Defendant. | |

This matter came on for hearing requesting defendant be released to treatment at CenterPointe in Lincoln, Nebraska.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that defendant be released on March 30, 2015. Defendant is to reside at CenterPointe in Lincoln, Nebraska beginning March 31, 2015. Defendant is to abide by all rules and conditions of the program at CenterPointe in Lincoln, Nebraska.  On March 30, 2015, defendant shall be rolled up and released from custody to his mother, Alesia Watts.  Defendant is to reside with his mother the day and night of March 30th only.  Defendant is to timely report to CenterPointe to begin his program on March 31, 2015.

Defendant is to follow all other terms and conditions of his supervised release as previously imposed.

DATED this 27th day of March, 2015.

BY THE COURT:

_/s/ Joseph F. Bataillon_
The Honorable Joseph F. Bataillon
Senior United States District Judge